1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6821
7       sailaja.paidipaty@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-375 (JST) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM NOVEMBER 3, 2017, TO DECEMBER 8, 2017, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JOEL DOMINGUEZ and JOSE OCHOA, | |
| Defendant. | |

The parties appeared before the Court on August 18, 2017, for an initial District Court appearance. At the time, the next status conference in the case was scheduled for October 13, 2017. Pursuant to a change in the Court's availability, the status conference was continued until November 3, 2017 at 9:30 a.m.

The government has produced initial discovery in the case. The parties are currently conferring on a proposed protective order that, pursuant to the Court's approval, would govern production of certain audio and video recordings relating to the underlying investigation of the case. In the meantime, the government has made the audio and video recordings available for viewing at the United States Attorney's Office. Finally, tentative plea offers have been extended to both defendants.

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-375-JST

1     Due to unexpected scheduling conflict on behalf of the government, the parties request that the
2 November 3, 2017, hearing be continued to December 8, 2017 at 9:30 a.m.  The parties agree and jointly
3 request that the time between November 3, 2017, and December 8, 2017, should be excluded in order to
4 provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18
5 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice are served by granting the
6 continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

DATED: October 31, 2017

SAILAJA M. PAIDIPATY
Assistant United States Attorney

DATED: October 31, 2017

ROBERT WAGGENER
Attorney for Joel Dominguez

DATED: October 31, 2017

ADAM PANNELLA
Attorney for Jose Ochoa

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS |
| 3 | that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of |
| 4 | justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the |
| 5 | Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued |
| 6 | until December 8, 2017 at 9:30 a.m., and time is excluded until December 8, 2017. |

DATED: October 31, 2017

_____
HON. JON S. TIGAR
United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-375-JST