1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6821
7       sailaja.paidipaty@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 17-375 (JST) |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JOEL DOMINGUEZ and JOSE OCHOA, | ) |
| Defendant. | ) |

The parties appeared before the Court on December 8, 2017, for a status conference. As stated on the record, the government has produced initial discovery. The parties continue to confer on a proposed protective order that, pursuant to the Court's approval, would govern production of certain audio and video recordings relating to the underlying investigation of the case. The Court set a deadline of January 12, 2018, for the parties to file a joint stipulated protective order, file conflicting proposals for a protective order, or for the government to move for a protective order. The government represented that in the meantime, the underlying discovery is available for viewing at the United States Attorney's Office, and defense counsel anticipates reviewing these recordings shortly. Finally, the parties are in discussions regarding a potential disposition. At the conclusion of the hearing, the Court scheduled a further status

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-375-JST

conference for February 9, 2018 at which point the parties anticipate either a change in plea or requesting a trial date.

Because of the outstanding discovery, and for the reasons stated on the record, the parties agree and jointly request that the time between December 8, 2017, and February 9, 2018, should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

DATED: December 8, 2017 /s
SAILAJA M. PAIDIPATY
Assistant United States Attorney

DATED: December 8, 2017 /s
ROBERT WAGGENER
Attorney for Joel Dominguez

DATED: December 8, 2017 /s
ADAM PENNELLA
Attorney for Jose Ochoa

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. CR 17-375-JST

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, and stated on the record on |
| 3 | December 8, 2017, the Court hereby FINDS that for adequate preparation of the case by all parties and |
| 4 | continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), |
| 5 | an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY |
| 6 | ORDERED THAT time is excluded until February 9, 2018. |

DATED: December 11, 2017

HON. JON S. TIGAR
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. CR 17-375-JST