1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4
   SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6821
7       FAX: (415) 436-7234
        sailaja.paidipaty@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-375 (JST) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM FEBRUARY 9, 2018, TO MARCH 23, 2018, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JOEL DOMINGUEZ and JOSE OCHOA, | |
| Defendant. | |

The parties appeared before the Court on December 9, 2017, for a status conference. At that time, a change of plea or trial setting hearing was scheduled for February 9, 2018.

The parties have made considerable progress in the case since the last court appearance. As set forth in a joint status memorandum, defense counsel reviewed key audio and video evidence relating to the charged conduct. (*See* Joint Status Mem., Dkt. 24.) Tentative plea offers were extended to both defendants and the parties are in active discussions regarding a disputation.

Due to scheduling constraints, the parties have not concluded plea discussions, and do not anticipate being able to do so by the February 9, 2018 hearing. Counsel for Mr. Dominguez has been engaged in a four-month trial in front of the Honorable Judge William H. Orrick, and counsel for Mr.

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-375-JST

| | |
|---|---|
| 1 | Ochoa has recently been traveling outside of the district.  At this time, the parties jointly request that the |
| 2 | hearing be continued to March 23, 2018 at 9:30 a.m. to allow additional time to complete their |
| 3 | discussions regarding a pretrial disposition.  The parties agree and jointly request that the time between |
| 4 | February 9, 2018, and March 23, 2018, should be excluded in order to provide reasonable time necessary |
| 5 | for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The |
| 6 | parties agree that the ends of justice are served by granting the continuance outweigh the best interests of |
| 7 | the public and the defendant in a speedy trial. |

SO STIPULATED:

ALEX G. TSE
Acting United States Attorney

DATED: February 5, 2018            /s/
SAILAJA M. PAIDIPATY
Assistant United States Attorney


DATED: February 5, 2018            /s/
ROBERT WAGGENER
Attorney for Joel Dominguez


DATED: February 5, 2018            /s/
ADAM PENNELLA
Attorney for Jose Ochoa

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-375-JST

1 **[PROPOSED] ORDER**

2     Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS

3 that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of

4 justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the

5 Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued

6 from February 9, 2018 until March 23, 2018 at 9:30 a.m., and time is excluded until March 23, 2018.

8 DATED: February 6, 2018

HON. JON S. TIGAR



STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-375-JST