Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Jose Ochoa

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOEL DOMINGUEZ,<br>JOSE OCHOA,<br><br>    Defendants | Case No.: CR 17-375 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |

    The parties hereby stipulate and agree that the change of plea hearing in this matter, currently set for March 23, 2018, be continued to March 30, 2018. Counsel for Mr. Ochoa is out of town and unavailable on March 23rd.[1]

    The parties further stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel. The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

---

[1] It was undersigned counsel's error in agreeing to that date when the matter was originally set for March 23, as counsel previously had plans to be away on that date.

**SO STIPULATED**:

Dated: March 7, 2018 _____/s/_____
Robert Waggener
Counsel for Joel Dominguez

Dated: March 7, 2018 _____/s/_____
Adam Pennella
Counsel for Jose Ochoa

Alex G. Tse
Acting UNITED STATES ATTORNEY

Dated: March 7, 2018 _____/s/_____
Sailaja M. Paidipaty
Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the Court continues the change of plea hearing from March 23, 2018 to March 30, 2018 at 9:30 a.m. The Court further orders time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of counsel. Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

**SO ORDERED**

Dated: March 9, 2018 _____
Honorable Jon S. Tigar
United States District Court Judge