| | |
|---|---|
| 1 | ROBERT WAGGENER - SBN: 118450 |
| | LAW OFFICE OF ROBERT WAGGENER |
| 2 | 214 Duboce Avenue |
| | San Francisco, California 94103 |
| 3 | Phone:    (415) 431-4500 |
| | Fax:      (415) 255-8631 |
| 4 | E-Mail:   rwlaw@mindspring.com |

Attorney for Defendant JOEL DOMINGUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 17-CR-00375-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER TO CONTINUE HEARING** |
| v. | |
| JOSE OCHOA & JOEL DOMINGUEZ, | |
| Defendants. | |

The parties hereby stipulate and agree that the change of plea hearing in this matter currently set for June 29, 2018, be continued to July 20, 2018 at 9:30 a.m.

The reason for the requested continuance is a scheduling issue for counsel for Mr. Dominguez, Mr. Waggener. A sentencing in a RICO case before Judge Orrick where Mr. Waggener represents one of the convicted defendants (United States v. Williams, CR 13-0764 WHO) was scheduled to take place last Friday, June 9, 2018. Because of the complexity of various issues, the sentencing for three defendants was continued. Given other scheduling issues, Judge Orrick's desire was to set a future date in June, and the only mutually available date for the three involved counsel was June 29, 2018. It was explained to Judge Orrick that the change of plea hearing in this case was set for that date, but Judge Orrick said that he would contact the Court to work out an accommodation. It is understood that Judge Orrick has now communicated

**STIPULATION AND PROPOSED ORDER**
**TO CONTINUE HEARING**

1 with the Court regarding this situation.

2 The first mutually available future date for the parties in this case is July 20, 2018 at 9:30
3 a.m.

4 The parties further stipulate that the Court exclude time under the Speedy Trial Act, 18
5 U.S.C.§ 3161, for effective preparation of counsel. The parties further stipulate, and ask the
6 Court to find, that the requested continuance and exclusion of time are in the interests of justice
7 and outweigh the best interest of the public and the defendant in a speedy trial. 18.U.S.C.§
8 3161(h)(7)(A).

SO STIPULATED

Dated: June 12, 2018                         /s/
                                    ROBERT WAGGENER
                                    Counsel for Joel Dominguez


Dated: June 12, 2018                         /s/
                                    Adam Pennella
                                    Counsel for Jose Ochoa


                                    Alex G. Tse
                                    Acting UNITED STATES ATTORNEY

Dated: June 12, 2018                         /s/
                                    Sailaja M. Paidipaty
                                    Assistant United States Attorney


[PROPOSED] ORDER

For the reasons stated above, the Court continues the change of plea hearing from June 29, 2018 to July 20, 2018 at 9:30 a.m. The Court further orders time is excluded under the Speedy Trial Act, 18 U.S.C.§3161, for effective preparation of counsel. Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account

///

///

the exercise of due diligence.

**SO ORDERED**

Dated: June 14, 2018



IT IS SO ORDERED

Judge Jon S. Tigar